UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| J & Q GROUP CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT KNOWLTON, )<br>)<br>Defendant. ) | 1:17-cv-00150-JAW |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed January 2, 2018 (ECF No. 32), the Recommended Decision is accepted.

Accordingly, as the Defendant has failed to comply with the Order to Show Cause (ECF No. 31), it is hereby ORDERED that an entry of default will be entered against him. It is further ORDERED that a damages hearing will be scheduled.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2018